IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>SANDRA M. KITE<br><br>     Debtor | Case No.  17-11495-BLS<br>(Chapter 12) |
| U.S. BANK TRUST NATIONAL<br>ASSOCIATION, AS TRUSTEE OF THE<br>CHALET SERIES IV TRUST<br><br>     Movant<br><br>v.<br><br>SANDRA M. KITE<br>1157 CHOPTANK ROAD<br>MIDDLETOWN, DE 19709<br>     (Debtor)<br><br>MICHAEL B. JOSEPH<br>824 MARKET STREET<br>P.O.BOX 1351<br>WILMINGTON, DE 19899-1351<br>     (Trustee) | Docket Ref. No. 78, 80, 85 & 91 |

## ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY

UPON the Notice of Default of U.S. Bank Trust National

Association, as Trustee of the Chalet Series IV Trust ("U.S.

Bank Trust National Association") in order to enforce its state

law rights interests against the property situated at 1157

Choptank Road, Middletown, DE 19709 (the "Property"), including

the right to foreclose on the Property ;

Upon consideration of the Stipulation and Order; and having

concluded that the relief requested in the Notice of Default is

proper and that the notice provided by U.S. Bank Trust National Association of the default was sufficient; it is hereby

ORDERED that U.S. Bank Trust National Association is GRANTED relief from the automatic stay pursuant to section 362(d) of title 11 of the United States Code; and it is further

ORDERED that U.S. Bank Trust National Association is hereby permitted to exercise its state law rights and remedies against the Property, including, but not limited to, the initiation and continuation of foreclosure proceedings; and it is further

ORDERED that the provisions of Bankruptcy Rule 4001(a)(3) are hereby waived as to U.S. Bank Trust National Association and SN Servicing Corporation's enforcement of their interests in the Property.

Date:  October 22, 2020

BY THE COURT:

U.S. Bankruptcy Court Judge